Alfred E. Donohue, OSB No. 096205
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 623-4100
Attorney for Allmerica Financial Benefit
Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY, <br><br> Plaintiff, <br> vs. <br><br> WEST LINN FAMILY HEALTH CENTER, PC <br><br> Defendant. | Case No. 3:26-cv-00056-SB <br><br> PLAINTIFF'S CORPORATE AND DIVERSITY DISCLOSURE STATEMENT |

In accordance with FRCP 7.1, Plaintiff Allmerica Financial Benefit Insurance Company hereby provides its Corporate and Diversity Disclosure Statement. Allmerica Financial Benefit Insurance Company states that it is a nongovernmental corporate party to this action and discloses as follows:

Allmerica Financial Benefit Insurance Company is a Michigan Corporation with its principal place of business in Massachusetts. Allmerica Financial Benefit Insurance Company a

PLAINTIFF'S CORPORATE AND DIVERSITY DISCLOSURE STATEMENT (Cause No. 3:26-cv-00056-SB) - 1

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

wholly owned subsidiary of The Hanover Insurance Group Inc. The Hanover Insurance Group Inc. is incorporated in Delaware with its principal place of business in Massachusetts.

Opus Investment Management, Inc. owns more than 10% of The Hanover Group Inc.'s stock. No other publicly held corporation owns more than 10% of The Hanover Group Inc.'s stock.

DATED this 9th day of January, 2026.

By: *s/Alfred E. Donohue*
Alfred E. Donohue, OSB No. 096205
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA  98104-3629
Phone: (206) 623-4100
Fax: (206) 623-9273
Email: donohue@wscd.com
Of Attorneys for Plaintiff Allmerica Financial Benefit Insurance Company

PLAINTIFF'S CORPORATE AND DIVERSITY DISCLOSURE STATEMENT (Cause No. 3:26-cv-00056-SB) - 2

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273